## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BOBBY DWAYNE WILLIAMS,**
**ADC #142732**                                                                **PLAINTIFF**

**V.**                          **No. 4:13CV00072 KGB-BD**

**BROWN, et al.**                                                              **DEFENDANTS**

### ORDER

Bobby Dwayne Williams, an Arkansas Department of Correction inmate, filed a complaint under 42 U.S.C. § 1983 (Dkt. No. 2), along with an application to proceed *in forma pauperis* (Dkt. No. 1). Mr. Williams alleges that his constitutional rights were violated at the Omega Unit of the Arkansas Department of Correction, which is located in the Western District of Arkansas. According to the complaint, all events giving rise to this lawsuit occurred in Malvern, Arkansas, the county seat of Hot Spring County, Arkansas, which also is located in the Western District of Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71901.

IT IS SO ORDERED this 20th day of February, 2013.

_____
Kristine G. Baker
United States District Judge